UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-455-T-30TGW

RICHARD LEE ANDERSON,
   a/k/a "Bean"

## FORFEITURE MONEY JUDGMENT

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves (Doc. 29) for entry of a forfeiture money judgment in the amount of $2,275,435.80, representing the proceeds the defendant obtained as the result of the receipt of stolen government property.

The defendant pleaded guilty to the receipt of stolen government property, in violation of 18 U.S.C. § 641, as charged in count one of the Indictment, and the Court accepted his plea and adjudged him guilty. Being fully advised of the relevant facts, the Court finds that the defendant obtained $2,275,435.80 in proceeds as a result of the offense charged in Count One of the Indictment.

Accordingly, it is **ORDERED** that the motion (Doc. 29) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C),  28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is jointly and severally with any other co-conspirators convicted of the

offense charged in Count One for a forfeiture money judgment in the amount of $2,275,435.80.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 20, p. 10), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset to satisfy the defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida, on April 5, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

S:\Odd\2015\15-cr-455 forfeiture money judgment.docx