UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

| CASE NO.: | 8:15-cr-455-JSM-TGW<br>8:15-cr-473-MSS-AEP | DATE: | December 17, 2024 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD LEE ANDERSON | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>David Rehfuss, AUSA | |
| | | **DEFENSE COUNSEL**<br>Stephen Consuegra, AFD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 2:14 – 2:37 | **TOTAL:** 0:23 | **COURTROOM:** | 12B |

**PROCEEDINGS: INITIAL APPEARANCE (VOSR) / DETENTION**

Defendant provided w/copy of Petition
ARREST DATE: 12/13/2024
Court summarized charges
Proceedings conducted pursuant to Rule 32.1
Financial Affidavit filed
Defendant Oral Motion to appoint counsel
Court Oral Order appointing Stephen Consuegra, AFD appointed as counsel
Court Oral Order Due Process Protections Act
Defendant Oral Motion for Release from Custody
Defendant position: not a flight risk or danger to the community, Home Detention with GPS monitoring, reside with sister who is willing to be a Third Party Custodian
Government Oral Motion for Detention
Government position: flight risk and danger to the community

COURT: DETAINED

Defendant requests Preliminary Hearing
Court Oral Order granting Motion for Preliminary Hearing

Court Preliminary Hearing scheduled for December 18, 2024 at 1:00 p.m. in Courtroom 10A.

Final Revocation Hearing can be set.